UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| TARIQ ELSHABBA, on behalf of himself and those similarly situated | Case No.: 22-cv-118 |
| Plaintiff, | |
| v. | |
| AFNI, INC.<br>JOHN DOES 1-10 | |
| Defendants. | |

---

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant AFNI, Inc. ("AFNI") hereby removes the subject action from the Superior Court of New Jersey Law Division: Essex County, to the United States District Court of New Jersey, on the following grounds:

1. Plaintiff Tariq Elshabba instituted an action in the Superior Court of New Jersey Law Division: Essex County on December 22, 2021. A copy of the Complaint is attached hereto as **Exhibit A**.

2. AFNI was served on December 23, 2021. Therefore, removal is timely.

3. Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331 because there is a federal question. This suit is brought under the FDCPA which supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the Superior Court of New Jersey Law Division: Essex County to the United States District Court for the District of New Jersey.

6. Notice of this removal will promptly be filed with the Superior Court of New Jersey Law Division: Essex County and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

8. A jury demand was not made in state court.

WHEREFORE, Defendant AFNI, Inc., gives notice that this action is hereby removed from the Superior County of New Jersey Law Division: Essex County, to the United States District Court for the District of New Jersey.

Dated:   January 10, 2022

Respectfully submitted,

**LIPPES MATHIAS LLP**

/s Sean M. O'Brien
Sean M. O'Brien, Esq.
New Jersey Bar #093702013
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com
*Attorneys for Defendant*